IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VIRGINIA JOHNSON-GRUVER                                                        PLAINTIFF

v.                              CASE NO. 3:22-CV-00046-BSM

HONEST TAX, LLC                                                                DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE